# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 07-cv-02230-REB-BNB

NEW PRO PUBLICATIONS, a division of FILTER-RITE SYSTEMS, INC., a Canadian corporation,

    Plaintiff,

v.

LINKS MEDIA GROUP, LLC, and
PETER ALLEN TANDY, individually,

    Defendants.

## SCHEDULING ORDER

**Blackburn, J.**

The matter before me is **Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction** [#2], filed October 23, 2007. A scheduling order should be entered to arrange, schedule, and coordinate the briefing and hearing necessary to resolve the pending motion.

**THEREFORE, IT IS ORDERED** as follows:

1. That defendants **SHALL FILE** a response[1] to the motion by 11:00 a.m. (MDT), on Thursday, October 25, 2007;

2. That the court **SHALL HEAR Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction** [#2] on Thursday, October 25, 2007, commencing at

---

[1] The response is subject to **REB Civ. Practice Standard V.B.1.**, which limits the number of pages to 15.

2:00 p.m. (MDT), reserving the balance of the afternoon, if necessary;[2] and

    3. That plaintiffs **SHALL PROVIDE** defendants with a copy of this order as soon as practicable.[3]

    Dated October 23, 2007, at Denver, Colorado.

                                  **BY THE COURT:**

                                  **s/ Robert E. Blackburn**
                                  **Robert E. Blackburn**
                                  **United States District Judge**

---

[2] The hearing shall be conducted in courtroom A701 in the Alfred A. Arraj, United States Courthouse, 901 19th Street, Denver, Colorado 80294. At the outset of the hearing, the court will allocate the available time between the parties.

[3] Time is of the essence. To expedite service of this order on the defendants, plaintiff may provide defendants with a copy of this order via personal delivery to counsel for defendants, facsimile transmission to counsel for defendants, and/or electronic mail to counsel for defendants.