**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

**Date: October 25, 2007**

Ginny Kramer, Courtroom Deputy
Suzanne Claar, Court Reporter

---

**Civil Case No.  07-cv-02230-REB**

| | |
|---|---|
| NEW PRO PUBLICATIONS, *a Canadian corporation, a division of other* FILTER-RITE SYSTEMS, INC., | Crisitn Mack John Bolmer, II |
| Plaintiff | |
| v. | |
| LINKS MEDIA GROUP, L.L.C., PETER ALLEN TANDY, *individually,* | No appearance of counsel Steven Janiszewski |
| Defendant | |

_____
_

**COURTROOM MINUTES**
_____
_

**Hearing: Temporary Restraining Order**

**2:00 p.m.      Court in session.**

Appearances of counsel.

Opening statements by the court.

The Plaintiff calls witness, Mr.  G. Alex MacEachern.

The witness is sworn.

2:07 p.m.      Direct examination of Mr. G. Alex MacEachern, by Mr. Bolmer.

The Plaintiff offers Plaintiff's Exhibit 12.

No objections.

**Plaintiff's Exhibit 12 is admitted into evidence.**

The Plaintiff offers Plaintiff's Exhibit 2.

No objections.

**Plaintiff's Exhibit 2 is admitted into evidence.**

The Plaintiff offers Plaintiff's Exhibits 1, 3, 11, 4, and 7.

No objections.

**Plaintiff's Exhibits 1,3, 11, 4, and 7 are admitted into evidence.**

The Plaintiff offers Plaintiff's Exhibit 8.

No objections.

Instead of admitting Exhibit 8 , the Court will take judicial notice of the complaint as comprised in Docket No. 1, filed October 23, 2007**.**

The Plaintiff offers Plaintiff's Exhibit 10.

No objections.

**Plaintiff's Exhibit 10 is admitted into evidence.**

2:39 p.m.   Cross examination of the witness, Mr. G. Alex MacEachern, by Mr. Janiszewski, for Defendant Peter Tandy.

The witness is excused.

2:52 p.m.   Oral argument by Mr. Bolmer, for the Plaintiff.

3:05 p.m.   Oral argument by Mr. Janiszewski, for Defendant Peter Tandy.

3:10 p.m.   Rebuttal argument.

**It was ORDERED:**

   1.   That the Plaintiff's Motion for Temporary Restraining Order [#2], filed October 23, 2007, is **TAKEN UNDER ADVISEMENT.**

**3:19  p.m.   Court in recess.**

*Total court time: 1hour and 19 minutes*