**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 07-cv-02230-REB-BNB

NEW PRO PUBLICATIONS, a division of FILTER-RITE WATER SYSTEMS, INC., a Canadian corporation,

     Plaintiff,

v.

LINKS MEDIA GROUP, LLC, and
PETER ALLEN TANDY, individually,

     Defendants.

---

**MINUTE ORDER**[1]

---

     The matter comes before the court on **Plaintiff's Unopposed Motion To Amend Caption** [#15], filed November 5, 200.  The motion is **GRANTED**.  The caption of this case is amended to reflect the name of the plaintiff to be New Pro Publications, a division of Filter-Rite Water Systems, Inc., a Canadian corporation.  This amended caption shall be used on all further filings in this case.

     Dated:  November 6, 2007

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.