IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02230-REB-BNB

NEW PRO PUBLICATIONS, a division of FILTER-RITE WATER SYSTEMS, INC., a Canadian corporation,

Plaintiff,

v.

LINKS MEDIA GROUP, L.L.C., and
PETER ALLEN TANDY, individually,

Defendants.
_____

## ORDER
_____

I am informed that this case has been resolved. Accordingly,

IT IS ORDERED that on or before **April 11, 2008**, the parties shall file a motion to administratively close the case pursuant to D.C.COLO.LCivR 41.2.

Dated March 6, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge