IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 07-cv-02230-REB-BNB

NEW PRO PUBLICATIONS, a division of FILTER-RITE SYSTEMS, INC., a Canadian corporation,

    Plaintiff,

v.

LINKS MEDIA GROUP, LLC, and
PETER ALLEN TANDY, individually,

    Defendants.

## MINUTE ORDER[1]

The matter comes before the court on **Plaintiff's Motion To Withdraw Motion For Civil Contempt Order Without Prejudice** [#46], filed March 26, 2008. The motion is **GRANTED**. **Plaintiff's Motion For Civil Contempt Order** [#33], filed November 30, 2007, is **WITHDRAWN**.

    Dated: March 27, 2008

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.