IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 07-cv-02230-REB-BNB

NEW PRO PUBLICATIONS, a division of FILTER-RITE SYSTEMS, INC., a Canadian corporation,

    Plaintiff,

v.

LINKS MEDIA GROUP, LLC, and
PETER ALLEN TANDY, individually,

    Defendants.

## ORDER OF ADMINISTRATIVE CLOSURE

**Blackburn, J.**

    The matter before me is the **Stipulated Motion For Administrative Closure of All Claims** [#50] filed May 14, 2008. After careful review of the motion and the file, the court has concluded that the motion should be granted and that this action should be closed administratively, subject to reopening for good cause.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulated Motion For Administrative Closure of All Claims** [#50] filed May 14, 2008, is **GRANTED**; and

    2. That pursuant to D.C.COLO.LCivR 41.2, the clerk is **DIRECTED** to close this action administratively, subject to reopening for good cause.

    Dated May 15, 2008, at Denver, Colorado.

                                    **BY THE COURT:**

                                    **s/ Robert E. Blackburn**
                                    **Robert E. Blackburn**
                                    **United States District Judge**