IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 07-cv-02230-REB-BNB

NEW PRO PUBLICATIONS, a division of
FILTER-RITE WATER SYSTEMS, INC.,
a Canadian corporation,

       Plaintiff,

v.

LINKS MEDIA GROUP, L.L.C.
PETER ALLEN TANDY, individually

       Defendants.

## PERMANENT ORDERS

**Blackburn, J.**

This matter is before me for consideration of the entry of permanent orders, including the entry of a permanent injunction, pursuant to the parties' **Settlement Agreement And Release** [#50-2], which is an integral part of the parties' **Stipulated Motion For Administrative Closure Of All Claims** [#50] filed May 14, 2008. I approve, adopt, and incorporate in these permanent orders the findings of fact and conclusions of law that I entered in the **Preliminary Injunction** [#26] filed November 16, 2007.

      **THEREFORE, IT IS ORDERED** as follows:

      1.    That defendants, Links Media Group, LLC, and Peter Allen Tandy, are **ENJOINED AND RESTRAINED** from printing, distributing, or setting out in any

electronic format any New Pro Publications trademark or trade name that is confusingly or deceptively similar to a New Pro Publications trademark or trade name;

2. That defendants, Links Media Group, LLC, and Peter Allen Tandy, are **ENJOINED AND RESTRAINED** from printing, distributing, or setting out in any electronic format any designation or description of fact stating an affiliation, connection, or association between the defendants and New Pro Publications, or stating that the goods, services, or commercial activities of Links Media Group, LLC, or Peter Allen Tandy originate with, are sponsored by, or are approved by New Pro Publications;

3. That defendants, Links Media Group, LLC, and Peter Allen Tandy, are **ENJOINED AND RESTRAINED** from printing, distributing, or setting out in any electronic format any of New Pro Publications' copyrighted material;

4. That defendants, Links Media Group, LLC, and Peter Allen Tandy, are **ENJOINED AND RESTRAINED** from distributing, publishing, selling, or disseminating any of New Pro Publications; copyright or trademark protected materials;

5. That defendants, Links Media Group, LLC, and Peter Allen Tandy, are **ENJOINED AND RESTRAINED** from making false or misleading statements regarding the Caddy Card, New Pro Publications; copyright protected materials, or New Pro Publications, whether verbally or in writing;

6. That defendants, Links Media Group, LLC, and Peter Allen Tandy, are **ENJOINED AND RESTRAINED** from claiming or asserting in any manner that Links Media Group, LLC, or Peter Allen Tandy have produced and/or distributed the Caddy Card for over a decade and have published millions of Caddy Cards to date;

7. That defendants, Links Media Group, LLC, and Peter Allen Tandy, are **ENJOINED AND RESTRAINED** from claiming or asserting in any manner to any person or entity that Links Media Group, LLC, and/or Peter Allen Tandy own or have any right to control New Pro Publications' copyright or trademark protected materials;

8. That defendant, Peter Allen Tandy, is **ENJOINED AND RESTRAINED** from disclosing or using any confidential and proprietary information of New Pro Publications, including any techniques, plans, or designs set forth in the New Pro Publications training manual;

9. That defendant, Peter Allen Tandy, is **ENJOINED AND RESTRAINED** from seeking or obtaining sales of advertisements in golf course score cards within the state of Colorado until and including October 1, 2009; provided, however, if after June 15, 2009 but before October 1, 2009 Tandy shall pay Plaintiff $15,000 and any applicable interest in conformity with the Settlement Agreement and Release signed by all Parties, he may file a Notice of such payment with this Court and this Paragraph of this Permanent Injunciton shall terminate upon the date such Notice is filed;

10. That defendant, Peter Allen Tandy, is **ENJOINED AND RESTRAINED** from disclosing confidential information of New Pro Publications concerning its services, processes, technology, research, documents, methods, or trade secrets to any other person or entity.

11. That defendant, Links Media Group, LLC, **SHALL REMOVE FORTHWITH** from the world wide web the web sites www.linksmediagroup.com;

12. That defendants, Links Media Group, LLC and Peter Allen Tandy, are **ENJOINED AND RESTRAINED** from engaging in communications, whether verbal or in writing, with any of New Pro Publications; current distributors or associates until and including October 1, 2009; provided, however, if after June 15, 2009 but before October 1, 2009 Tandy shall pay Plaintiff $15,000 and any applicable interest in conformity with the Settlement Agreement and Release signed by all Parties, he may file a Notice of such payment with this Court and this Paragraph of this Permanent Injunciton shall terminate upon the date such Notice is filed; and

13. That these orders **SHALL APPLY** to each defendant, as specified in these permanent orders, and to the defendants' agents, servants, employees, independent contractors, consultants, attorneys-in-fact, attorneys-in-law, and any and all persons in active concert or participation with the defendants, jointly or severally, who receive actual notice of these permanent orders by personal service or otherwise.

DATED May 21, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**