# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 07-cv-02230-REB-BNB

NEW PRO PUBLICATIONS, a division of FILTER-RITE SYSTEMS, INC., a Canadian corporation,

    Plaintiff,

v.

LINKS MEDIA GROUP, LLC, and
PETER ALLEN TANDY, individually,

    Defendants.

## ORDER FOR THE RELEASE OF A BOND

**Blackburn, J.**

The matter before me is **Plaintiff's Motion For An Order Releasing A Bond** [#53] filed July 18, 2008. After reviewing the file and the motion, I conclude that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Plaintiff's Motion For An Order Releasing A Bond** [#53] filed July 18, 2008, is **GRANTED**;

2. That the Clerk of the Court shall refund the bond of Three Hundred Dollars ($300.00), plus accrued interest, if any, less registry fee assessment; and

3. That the payee shall be

    Hall & Evans, LLC Trust Account
    1125 - 17th Street, Suite 600
    Denver, Colorado 80202

Dated July 22, 2008, at Denver, Colorado.

                      **BY THE COURT:**

                      **s/ Robert E. Blackburn**
                      **Robert E. Blackburn**
                      **United States District Judge**