IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 07-cv-02230-REB-BNB

NEW PRO PUBLICATIONS, a division of FILTER-RITE WATER SYSTEMS, INC., a Canadian Corporation,

    Plaintiff,

v.

LINKS MEDIA GROUP, L.L.C., and PETER ALLEN TANDY, individually,

    Defendants.

_____

### ORDER FOR ENTRY OF JUDGMENT AGAINST PETER ALLEN TANDY
_____

THIS MATTER, having come before the Court on Plaintiff New Pro Publications, a division of Filter-Rite Water Systems, Inc.'s (New Pro) **Motion for Entry of Judgment** [#56] filed April 27, 2009, and being fully advised in the premises,

HEREBY ORDERS that New Pro's **Motion for Entry of Judgment** [#56] filed April 27, 2009, is granted and that judgment shall be entered in the amount of Fifteen Thousand Dollars ($15,000.00) against Defendant Peter Allen Tandy.  In addition to the principal amount of Fifteen Thousand Dollars ($15,000), interest on the judgment shall accrue at the rate of .60%.  Such interest shall be compounded daily and shall begin accruing on April 6, 2009.  Additionally, this Court awards Plaintiff its reasonable costs and attorney fees incurred for any steps taken to enforce its rights under the Settlement Agreement and Release or to execute on the judgment.  This Court will enter judgment

against Peter Allen Tandy for such additional amounts of fees and costs, as this Court finds appropriate, following application by Plaintiff and notice to Defendant Tandy. Plaintiff may seek amendment to the judgment to include any necessary costs and attorney fees.

Dated May 4, 2009, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge